IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT BUCHTAN, MELINDA BUCHTAN, STEPHEN PRATT and CRYSTAL PRATT, <br><br> Plaintiffs, <br><br> vs. <br><br> GREENE COUNTY CHILDREN AND YOUTH SERVICES, BETH BOOKER, and JACQUELYN WIGGINS, <br><br> Defendants. | CIVIL DIVISION <br><br> CASE NO.: <br><br> **NOTICE OF REMOVAL** <br><br> Filed on Behalf of Defendants, <br> Green County Children Youth Services, <br> Beth Booker, and Jacquelyn Wiggins <br> COUNSEL OF RECORD: <br><br> SARAH E. COBBS, ESQUIRE <br> PA ID No. 318194 <br> scobbs@tthlaw.com <br><br> THOMAS, THOMAS & HAFER LLP <br> U. S. Steel Tower <br> 600 Grant Street, Suite 2600 <br> Pittsburgh, PA  15219 <br> (412) 697-7403 <br> (412) 697-7407 – Facsimile |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Western District of Pennsylvania

This Notice of Removal is filed by Defendants, Green County Children and Youth Services, Beth Booker, and Jacquelyn Wiggins, asserting as follows:

1. The above-described action was commenced in the Court of Common Pleas of Greene County, Pennsylvania, against Defendants by the filing of a Complaint on October 27, 2025. (*See* Complaint attached as Ex. A).

2. The Complaint was emailed to counsel for the County on October 27, 2025. (*See* email attached as Ex. B)

3. Undersigned counsel entered her appearance on the matter on November 5 , 2025. (*See* Praecipe for Appearance attached hereto as Ex. C.)

4. Plaintiffs allege that removing Defendants retaliated against them by subjecting the Plaintiffs to a child-endangerment investigation after engaging in protected speech as member of the School Board. *See* Ex. A, generally.

5. Plaintiffs further allege that removing Defendants unreasonably searched the Plaintiffs homes and given warrantless drug tests. Id. at pg. 7.

6. Based upon the foregoing, Plaintiffs assert violations of their rights against all defendants. Id at pg. 7

7. For the reasons that follow, this action is being removed from the Greene County Court of Common Pleas to this Honorable Court.

8. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1443 because this action involves federal questions arising under the First, Fourth, and Fourteenth Amendment to the United States Constitution. *See generally* Compl[1].

---

[1] The attached Complaint asserts two counts of First Amendment violations; however, the pleadings in Count II (incorrectly labeled as "Count I") plead causes of action sounding in the Fourth and Fourteenth Amendment

9. The instant Notice of Removal has been timely filed in accordance with 28 U.S.C. § 1446, as the Notice is being filed less than one year after the initiation of suit and less than thirty (30) days after notice of the Complaint was received setting forth the basis for federal jurisdiction.

10. Removing Defendants will give prompt written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446.

11. This action is hereby removed pursuant to Chapter 89 of Title 28 of the United States Code, 28 U.S.C. §§ 1441, et seq.

**JURY TRIAL IS DEMANDED.**

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

Date: 11/05/2025     BY:     */s/ Sarah E. Cobbs*
Sarah E. Cobbs, ESQUIRE
PA ID No. 318194
scobbs@tthlaw.com
U. S. Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA  15219
(412) 697-7403
(412) 697-7407 – Facsimile

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the **Notice of Removal** has been served on all counsel of record, via U.S. First Class Mail, postage pre-paid, and/or electronic mail, on the 5th day of November, 2025.

Joseph V. Schaeffer, Esquire<br>
Babst, Calland, Clements and Zomnir, P.C.<br>
Two Gateway Center 8th Floor<br>
603 Stanwix Street<br>
Pittsburgh, PA 15222<br>
ehamilton@babstcalland.com

THOMAS, THOMAS & HAFER, LLP

By: _____
Sarah E. Cobbs, Esquire