**From:** Joyce Hatfield-Wise <jhatfield-wise@greenecountypa.gov>
**Sent:** Thursday, October 30, 2025 4:15 PM
**To:** Cobbs, Sarah E. <SCobbs@tthlaw.com>
**Cc:** Jeff Marshall <jmarshall@greenecountypa.gov>; Robert E. Grimm <rgrimm@greenecountypa.gov>; Beth Booker <bbooker@greenecountypa.gov>; Joyce Hatfield-Wise <jhatfield-wise@greenecountypa.gov>
**Subject:** FW: Pre-Complaint Discovery Response 9.26.25

> You don't often get email from jhatfield-wise@greenecountypa.gov. Learn why this is important

Service was made on October 27, 2025 by email.

# Joyce A. Hatfield-Wise, Esquire

Agency Attorney
Greene County Children and Youth Services
Fort Jackson Building
19 South Washington Street
Waynesburg, PA 15370
Phone: (724)852-5217 EXT. 549
Fax: (724)627-6630
Email: jhatfield-wise@greenecountypa.gov





**From:** Schaeffer, Joseph V. <JSchaeffer@babstcalland.com>
**Sent:** Monday, October 27, 2025 9:23 AM
**To:** Joyce Hatfield-Wise <jhatfield-wise@greenecountypa.gov>; Robert E. Grimm <rgrimm@greenecountypa.gov>
**Cc:** Iovino, Francesca C. <FIovino@babstcalland.com>; Hamilton, Erin L. <EHamilton@babstcalland.com>
**Subject:** RE: Pre-Complaint Discovery Response 9.26.25

**\*\*\* This message has come from a source outside of the County. Please use caution when clicking on links and downloading attachments.\*\*\***

Good morning, counsel.

Attached for service is the Complaint in the Buchtan/GCCYS matter.

Best regards,

Joseph

**From:** Joyce Hatfield-Wise <jhatfield-wise@greenecountypa.gov>
**Sent:** Friday, September 26, 2025 12:16 PM
**To:** Iovino, Francesca C. <FIovino@babstcalland.com>; Hamilton, Erin L. <EHamilton@babstcalland.com>; Schaeffer, Joseph V. <JSchaeffer@babstcalland.com>
**Cc:** Robert E. Grimm <rgrimm@greenecountypa.gov>; Joyce Hatfield-Wise <jhatfield-wise@greenecountypa.gov>
**Subject:** Pre-Complaint Discovery Response 9.26.25

> ATTENTION: Email sent from outside Babst Calland.

**-- Please note that our Domain has changed. Please update your records, Safe Senders Lists and SPAM Firewalls to allow the following Domain greenecountypa.gov --**

# Joyce A. Hatfield-Wise, Esquire

Agency Attorney
Greene County Children and Youth Services
Fort Jackson Building
19 South Washington Street

Waynesburg, PA 15370
Phone:  (724)852-5217 EXT. 549
Fax:  (724)627-6630
Email:  jhatfield-wise@greenecountypa.gov



---

Greene_County_Disclaimer:

This email or fax is for the use of the intended recipient(s) only. If you have received this email or fax in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute this email or fax without the author's prior permission. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses. If you are the intended recipient and you do not wish to receive similar electronic messages from us in future then please respond to the sender to this effect.