IN THE COURT OF COMMON PLEAS OF GREENE COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT BUCHTAN, MELINDA BUCHTAN, STEPHEN PRATT, and CRYSTAL PRATT, | ) ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | CASE NO.: AD-289-2025 |
| | ) ) | **NOTICE OF APPEARANCE** |
| v. | ) ) | FILED ON BEHALF OF: |
| GREENE COUNTY CHILDREN AND YOUTH SERVICES, BETH BOOKER, and JACQUELYN WIGGINS, | ) ) ) ) | Defendants, Greene County Children and Youth Services, Beth Booker, and Jacquelyn Wiggins |
| Defendants. | ) ) | COUNSEL OF RECORD: |
| | ) ) ) ) | SARAH E. COBBS, ESQUIRE PA ID No. 318194 scobbs@tthlaw.com |
| | ) ) ) ) | JARED S. FRIEDMAN, ESQUIRE PA ID No. 337873 jfriedman@tthlaw.com |
| | ) ) ) ) ) ) ) | THOMAS, THOMAS & HAFER LLP U. S. Steel Tower 600 Grant Street, Suite 2600 Pittsburgh, PA  15219 (412) 697-7403 (412) 697-7407 – Facsimile |



## NOTICE OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter the appearance of **Sarah E. Cobbs, Esquire and Jared S. Friedman, Esquire** for the Defendants, Greene County Children and Youth Services, Beth Booker, and Jacquelyn Wiggins, in the above-captioned action.

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

BY: _____
SARAH E. COBBS, ESQUIRE
PA ID No. 318194
scobbs@tthlaw.com
U. S. Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA  15219
(412) 697-7403
(412) 697-7407 – Facsimile

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the Notice of Removal has been served on all counsel of record, via U.S. First Class Mail, postage pre-paid, and/or electronic mail, on the 5th day of November 2025.

Joseph V. Schaeffer, Esquire
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center 8th Floor
603 Stanwix Street
Pittsburgh, PA 15222
ehamilton@babstcalland.com
***Counsel for Plaintiff***

Respectfully submitted,

THOMAS, THOMAS & HAFER LLP

BY: _____
SARAH E. COBBS, ESQUIRE