IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT BUCHTAN, MELINDA BUCHTAN, STEPHEN PRATT, CRYSTAL PRATT, DANIEL SMITH, JOEY LYNN SMITH, JACKIE SHUPPE, and SCOTT SHUPPE, | CIVIL DIVISION |
| | NO. 2:25-CV-01728 |
| | Judge Fischer |
| Plaintiffs, | |
| | JURY TRIAL DEMANDED |
| v. | |
| GREENE COUNTY CHILDREN AND YOUTH SERVICES, BETH BOOKER, and JACQUELYN WIGGINS, | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME FOR FILING OF SECOND AMENDED COMPLAINT AND RESPONSE THERETO**

The parties, through their respective undersigned counsel, hereby respectfully move the Court for an extension of time for Plaintiffs to further amend their pleading and for Defendants to respond thereto, based on the following considerations:

1. Plaintiffs commenced this action in the Court of Common Pleas of Greene County on October 27, 2025, and Defendants removed the action to this Court on November 5, 2025.

2. Pursuant to joint motion filed by the parties on November 25, 2025 and the Court's order granting the same (Doc. 7), Plaintiffs filed an Amended Complaint asserting claims under the First and Fourth Amendment.

3. Defense counsel has conferred with Plaintiffs' counsel regarding Defendants' intent to move for dismissal of various claims asserted in the Amended Complaint and the intended grounds of said motion.

1

4.  Counsel for the parties have agreed that certain issues that Defendants intended to raise can be resolved through further amendment, including that Plaintiffs will provide further factual allegations in support of their Fourth Amendment claims and Defendants will not object to the joinder of Daniel Smith, Joey Lynn Smith, Jackie Shuppe, and Scott Shuppe as Plaintiffs in this matter.

5.  The parties therefore request that Plaintiffs be permitted to file a Second Amended Complaint on or before January 28, 2026, with Defendants to respond to the same on or before February 11, 2026.

WHEREFORE, the parties jointly respectfully request that the Court enter an order providing that Plaintiffs shall file a Second Amended Complaint by January 28, 2026, and that Defendants respond to the same by February 11, 2026.

Respectfully submitted,

| | |
|---|---|
| **BABST, CALLAND, CLEMENTS and ZOMNIR, P.C.** | **THOMAS, THOMAS & HAFER LLP** |
| By: _s/ Joseph V. Schaeffer_<br>Erin Lucas Hamilton / Pa. ID No. 93852<br>Joseph V. Schaeffer / Pa. ID No. 323256<br>Francesca Iovino / Pa. ID No. 324229<br><br>Two Gateway Center, 8111 Floor<br>603 Stanwix Street<br>Pittsburgh, PA 15222<br>(412) 773-8705 — Phone<br>(412) 773-8742 — Fax<br>chamilton@babstcalland.com<br>jschaeffer@babstcalland.com<br>fiovino@babstcalland.com<br><br>*Counsel for Plaintiffs, Albert Buchtan, Melinda Buchtan, Stephen Pratt, and Crystal Pratt* | By: _/s/ Karin M. Romano_<br>Sarah E. Cobbs / PA ID No. 318194<br>scobbs@tthlaw.com<br>Karin M. Romano / PA ID No. 92068<br>kromano@tthlaw.com<br><br>U.S. Steel Tower<br>600 Grant Street, Suite 2600<br>Pittsburgh, PA  15219<br>(412) 926-1426 – Phone<br>(412) 697-7407 – Fax<br><br>*Counsel for Defendants* |

2

**METZ LEWIS BRODMAN MUST O'KEEFE LLC**

By: */s/ Joshua D. Baker*
Joshua D. Baker / Pa. ID No. 308243

444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
(412) 918-1100 — Phone
(412) 918-1199 — Fax
jbaker@metzlewis.com

*Counsel for Plaintiffs, Daniel Smith, Joey Lynn Smith, Jackie Shuppe, and Scott Shuppe*