IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT BUCHTAN, MELINDA BUCHTAN, STEPHEN PRATT, and CRYSTAL PRATT, | ) | CIVIL DIVISION |
| | ) | NO. 2:25-CV-01728 |
| Plaintiffs, | ) | Judge Fischer |
| v. | ) | |
| GREENE COUNTY CHILDREN AND YOUTH SERVICES and JACQUELYN WIGGINS, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**MOTION FOR RECUSAL**

Defendants, through undersigned counsel, hereby respectfully move for recusal based on the following considerations:

1. The Initial Scheduling Conference in this action was held on September 9, 2026.

2. In the course of said conference, the Honorable Nora Barry Fischer disclosed to counsel for the parties a personal relationship involving Plaintiffs' counsel's law firm and asked whether the parties wished her to recuse. Undersigned counsel for Defendants indicated that she would discuss the issue with her clients following the conference.

3. Counsel for Defendants was hopeful that the case could be resolved at the mediation held on October 6, 2026, thereby obviating the need for a decision regarding whether to proceed with a request for recusal. However, the parties were unable to reach a mutually satisfactory resolution of the claims.

4. Based upon her discussion with her clients regarding the information the Court disclosed to counsel during the initial conference, undersigned counsel now respectfully requests that the Honorable Nora Barry Fischer recuse herself from this action based upon that information.

WHEREFORE, counsel for Defendants respectfully requests that the Court enter the attached proposed order.

Respectfully submitted,

**THOMAS, THOMAS & HAFER LLP**

By: /s/ *Sarah E. Cobbs*

Sarah E. Cobbs / PA ID 318194
scobbs@tthlaw.com
Karin M. Romano / PA ID 92068
kromano@tthlaw.com

U.S. Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
(412) 926-1426 – Phone

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion to Recuse** has been served to all counsel/parties of record via ECF-Filing on this, 9th day of October, 2026.

THOMAS, THOMAS & HAFER LLP

By: */s/ Sarah E. Cobbs*

Sarah E. Cobbs, Esquire
Pa. ID No. 318194
scobbs@tthlaw.com
US Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
Phone: (412) 697-7403
Fax: (412) 697-7407
*Counsel for Defendants*