IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT BUCHTAN, MELINDA BUCHTAN, STEPHEN PRATT, and CRYSTAL PRATT, | CIVIL DIVISION |
| | NO. 2:25-CV-01728-NBF |
| Plaintiffs, | Judge Nora Barry Fischer |
| v. | |
| | JURY TRIAL DEMANDED |
| GREENE COUNTY CHILDREN AND YOUTH SERVICES, BETH BOOKER, and JACQUELYN WIGGINS, | |
| Defendants. | |

**MOTION TO WITHDRAW APPEARANCE OF ERIN LUCAS HAMILTON**

Pursuant to Rule 83.2 of the Local Rules of Court for the U.S. District Court for the Western District of Pennsylvania, the undersigned moves to withdraw as one of the attorneys for Plaintiffs, Albert Buchtan, Melinda Buchtan, Stephen Pratt, and Crystal Pratt as she has accepted an in house position and her last day at the law firm of Babst Calland Clements & Zomnir, P.C. will be October 16, 2024. Plaintiffs, Albert Buchtan, Melinda Buchtan, Stephen Pratt, and Crystal Pratt will continue to be represented by Attorneys Joseph Schaeffer and Francesca Iovino of Babst, Calland, Clements & Zomnir, P.C. who are also current counsel of record for the Plaintiffs in the present action.

Respectfully submitted,

Dated: October 9, 2026

By: */s/ Erin Lucas Hamilton*__________

Erin Lucas Hamilton, Esquire
PA ID No. 93852
BABST, CALLAND, CLEMENTS
and ZOMNIR, P.C.
Firm #812
Two Gateway Center, 8th Floor
603 Stanwix Street
Pittsburgh, PA 15222
(412) 773-8705 – Phone
ehamilton@babstcalland.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCE OF ERIN LUCAS HAMILTON** was served on October 9, 2026 upon all counsel of record via the Court's CM/ECF system.

*/s/ Erin Lucas Hamilton*
Erin Lucas Hamilton